# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA MORENO, Individually and as Successor-In-Interest on Behalf of Decedent, YSAMAR DIAZ,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HUNTERWOOD TECHNOLOGIES USA, LTD.,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 21-cv-00886-AJB-RBM<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONSOLIDATE**<br><br>**(Doc. No. 10)** |

Before the Court is Defendant Hunterwood Technologies, Ltd.'s ("Defendant Hunterwood") motion to consolidate *Crespo v. Hunterwood Technologies USA, LTD et al*, Case No. 3:21-cv-00888-AJB-RBM (the "*Crespo* matter) with lead case, *Moreno v. Hunterwood Technologies USA, LTD et al*, Case No. 3:21-cv-00886-AJB-RBM (the "*Moreno*" matter). (Doc. No. 10.) Plaintiffs failed to timely file an opposition to the motion. A hearing on the motion is currently scheduled for September 9, 2021. The Court concludes that this matter is appropriate for resolution without oral argument, vacates the scheduled hearing, and submits the motion on the papers pursuant to Local Civil Rule 7.1(d)(1). For the reasons stated herein, the Court accordingly **GRANTS** the motion to consolidate.

//

//

## I. BACKGROUND

Both Plaintiffs in the *Crespo* and *Moreno* matters filed separate wrongful death actions arising out of an industrial accident, which resulted in the death of Yasmar Diaz ("Decedent"). Plaintiff Sonia Moreno, Decedent's mother, filed a wrongful death action against Defendant Hunterwood in the Superior Court of California, Imperial County. On April 22, 2021, Plaintiff Valentina Diaz Crespo, Decedent's daughter, by and through her Guardian Ad Litem, Sheyla Aracely Crespo, filed a wrongful death action against Defendant Hunterwood in the Superior Court of California, Imperial County. Defendant Hunterwood removed both cases to this Court on May 2, 2021. Defendant Hunterwood filed a Notice of Related Cases in this matter pertaining to both the *Moreno* matter and *Crespo* matter on May 24, 2021. On June 28, 2021, the *Crespo* matter was transferred pursuant to the low number rule, to be heard by the same judge.

## II. DISCUSSION

Under Federal Rule of Civil Procedure 42(a), a court may consolidate actions "if [the] actions before the court involve a common question of law or fact." "The district court has broad discretion under this rule to consolidate cases pending in the same district." *Investors Research Co. v. U.S. District Court for Cent. Dist. of C.A.*, 877 F.2d 777, 777 (9th Cir. 1989). Consolidation of the *Moreno* and *Crespo* lawsuits is appropriate under FRCP 42(a) as both lawsuits involve common questions of law and fact. Both Complaints assert negligent product liability, strict product liability, and breach of warranty claims against Defendant Hunterwood on the basis of California's wrongful death statute California Code of Civil Procedure § 377.60.

## III. CONCLUSION

In sum, the Court **GRANTS** the motion to consolidate, and instructs the parties and

//
//
//

1  the Clerk of Court to file all future filings in this low number action, Case No. 21-cv-
2  00886-AJB-RBM.
3  **IT IS SO ORDERED.**
4  Dated:  August 3, 2021

Hon. Anthony J. Battaglia
United States District Judge